## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EDDIE VAUGHANS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CAUSE NO.: 3:15-CV-372-TLS |
| | ) |
| SUPERINTENDENT, | ) |
| | ) |
| Respondent. | ) |

## OPINION AND ORDER

This matter is before the Court on the pro se Petitioner's May 22, 2017, Motion for Entry of Default [ECF No. 26]. In this Motion, the Petitioner appears to seek default judgment because he argues that the Respondent did not file a response to the Order to Show Cause [ECF No. 4].

However, the Respondent did file a Response to the Order to Show Cause [ECF No. 12] on April 15, 2016. Moreover, on April 14, 2017, the Court denied the Petitioner's Amended Habeas Corpus Petition [ECF No. 3] as untimely, pursuant to the applicable statute of limitations. (Apr. 14, 2017 Order, ECF No. 21). The same day, the Clerk entered judgment [ECF No. 22].

Accordingly, the Petitioner's request for Entry of Default is denied because the Respondent did show cause. Moreover, judgment has already been entered in this case and therefore, the case is closed. Accordingly, the Court STRIKES the Petitioner's Motion for Entry of Default [ECF No. 26] and the Court DIRECTS the Clerk of Court to close this case.

SO ORDERED on July 24, 2017.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT